AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Northern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:14MJ035 - SAA |
| CHRISTOPHER BOOTH and LASHEDRICK EICHELBERGER, a/k/a "Boot" | ) ) ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 9/17-9/30/2014 _____ in the county of _____ Attala and Winston _____ in the _____ Northern _____ District of _____ Mississippi _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 841(a)(1), (b)(1)(A) 18 U.S.C. 846 | Conspiracy to possess with intent to distribute cocaine |

This criminal complaint is based on these facts:

SEE AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Michael D. Gibbs
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 1, 2014

_____
*Judge's signature*

City and state: _____ Oxford, Mississippi _____

S. ALLAN ALEXANDER, U. S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHRISTOPHER BOOTH and | ) | Case No. 3:14MJ035-SAA |
| LASHEDRICK EICHELBERGER, | ) | |
| a/k/a "Boot" | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

# AMENDED
## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 9/17-9/30/2014 _____ in the county of _____ Attala and Winston _____ in the

_____ Northern _____ District of _____ Mississippi _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), (b)(1)(A) | Conspiracy to possess with intent to distribute cocaine |
| 21 U.S.C. 846 | |

This criminal complaint is based on these facts:

SEE AFFIDAVIT. *attached to original complaint*

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Michael D. Gibbs
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 2, 2014

_____
*Judge's signature*

City and state: _____ Oxford, Mississippi _____

S. ALLAN ALEXANDER, U. S. Magistrate Judge
*Printed name and title*