STATE OF MISSISSIPPI

LAFAYETTE COUNTY

## AFFIDAVIT

I, Michael D. Gibbs, declare as follows:

Your affiant, Michael D. Gibbs, is a Special Agent with the Drug Enforcement Administration (DEA), currently assigned to the New Orleans Field Division, Oxford Mississippi DEA resident office. Your affiant has been previously employed as a law enforcement officer with the Mississippi Bureau of Narcotics (MBN) for five and one-half years and thereafter employed by DEA for approximately twenty three (23) years. In that time, I have participated in numerous investigations involving drug trafficking violations, including possession with intent to distribute controlled substances, distribution of controlled substances and conspiracy to possess with intent to distribute controlled substances. These investigations have resulted in arrests and convictions of individuals involved in the illegal trafficking of controlled substances. I have also received extensive training concerning illegal narcotics trafficking.

Your affiant, and other state, local and Federal law enforcement agents, have been investigating a drug trafficking organization operating in Attala, Winston, and other counties in the Northern District of Mississippi. In furtherance of the activities of this drug trafficking organization, CHRISTOPHER BOOTH and LASHEDRICK EICHELBERGER, a/k/a "BOOT", among others, conspired to possess with intent to distribute and to distribute cocaine, in violation of Title 21, United States Code §§ 846 and 841(a)(1)(b)(1)(A).

Since this affidavit is being submitted for the limited purpose of securing a complaint against CHRISTOPHER BOOTH and LASHEDRICK EICHELBERGER, a/k/a "BOOT", I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the necessary foundation for said complaint.

In 2013, your affiant and other law enforcement personnel began investigating a drug trafficking organization operating primarily within Attala, County, Mississippi, which was distributing kilogram quantities of cocaine in the Northern District of Mississippi and elsewhere.

1. On September 16, 2014, the Honorable Sharion Aycock, Chief Judge for the Northern District of Mississippi, signed an order authorizing the wire and electronic intercept of communications occurring to and from cellular telephone number 662-736-3207 (the target telephone) utilized by LASHEDRICK EICHELBERGER, also known as "BOOT." On the same date, her Honor signed an Order authorizing for the disclosure of location data concerning the same cellular telephone.

2. During the course of the Court authorized intercept, Agents confirmed that EICHELBERGER was distributing large amounts of cocaine in the Northern District of Mississippi, and elsewhere. Agents also discovered that EICHELBERGER was being supplied large amounts of cocaine by an unknown supplier, later identified as CHRISTOPHER BOOTH. EICHELBERGER met BOOTH, his source of supply, in a residence in Forrest and Jefferson Davis Counties, Mississippi.

3. On or about September 27, 2014, law enforcement agents intercepted communications between EICHELBERGER and BOOTH, indicating that EICHELBERGER was planning to travel from the Northern District of Mississippi to the Hattiesburg, Mississippi area to purchase multiple kilograms of cocaine.

4. On or about September 27, 2014, agents began to conduct surveillance of EICHELBERGER in Winston County, Mississippi.

5. Over the following days up and until September 30, 2017, intercepted communications indicated that EICHELBERGER was traveling to meet BOOTH in Jefferson Davis County, Mississippi, near Bassfield at a residence controlled by BOOTH. Agents utilized GPS location data pursuant to the Court's Order of September 16, 2014, as well as the Court's

Order authorizing wire and electronic interception, to surveill EICHELBERGER as he traveled to Bassfield.

6. On September 30, 2014, intercepted communications and GPS location data indicated that EICHELBERGER was in route to Bassfield, Mississippi, to meet BOOTH. Intercepted communications indicated that in addition to money already provided by EICHELBERGER, he was transporting an additional $11,000 to be used to purchase multiple kilograms of cocaine.

7. On September 30, 2014, at approximately 9:30 p.m. agents observed EICHELBERGER in a vehicle he rented from an Enterprise Car Rental arrive at a residence in Jefferson Davis County, Mississippi located on Booth Circle. Approximately fifteen minutes later, EICHELBERGER left the residence in the same vehicle traveling Northeast and began to travel on Interstate 59 to Meridian, Mississippi.

8. After this meeting, Agents notified the Mississippi Highway Patrol that based upon information obtained from intercepted communications, Agents had probable cause to believe that EICHELBERGER was transporting a large quantity of cocaine that he purchased from BOOTH.

9. At approximately 10:55 p.m. at mile marker 142 on Interstate Highway 59 in Lauderdale County, Mississippi, Mississippi Highway Patrol stopped the black Ford Expedition being driven by EICHELBERGER. Troopers found approximately 18 kilograms of suspected cocaine, as well as a 9 mm semi-automatic pistol in the possession of EICHELBERGER. A field test performed on the substance was positive for the presence of cocaine. Troopers also recovered three cellular telephones, including cellular telephone number 662-736-3207 (the target telephone).

10. A short time later, Agents in the Southern District of Mississippi in the Bassfield area observed BOOTH leave the residence. BOOTH was stopped by law enforcement officers and found to be in possession of $11,000 received from EICHELBERGER. Additionally, agents executed a search warrant at the residence on Booth Circle and discovered approximately $700,000 in United States Currency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 1ST day of October, 2014,

Michael D. Gibbs
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me this 1st day of October, 2014,

*[signature]*

Honorable S. Allan Alexander

United States Magistrate Judge