**CRIMINAL CASE COVER SHEET**  **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**   **Related Case Information**

City _____   Superseding Indictment _____ Case Number_ _____

County Attala/Winston   Same Defendant _____ New Defendant _____

RECEIVED Magistrate Judge Case Number _____

OCT 23 2014   Search Warrant Case Number _____

_____ R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information**

Juvenile:   ☐ Yes   ☐ No   If yes, Matter to be sealed:   ☐ Yes   ☐ No

Defendant Name Christopher L. Booth

Alias Name Chris

Address Bassfield, MS

DOB 1978   SS# xxx-xx-4292   Sex M   Race B   Nationality _____

Represented by: _____

**U.S. Attorney Information**: AUSA Chad M. Doleac   Bar # 100590

Interpreter: ☐ Yes   ☐ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 2   ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 21:846=CD.F | Conspiracy to Dist. Controlled Substance | 1 |
| Set 2 18:1952-7460.F | Racketeering - Narcotics | 4 |
| Set 3 | | |
| Set 4 | | |

Date: _____   Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)   1:14CR125