**CRIMINAL CASE COVER SHEET**                                    **U.S. DISTRICT COURT**

Complete entire form

**Place of Offense:**                    **Related Case Information**

City _____          Superseding Indictment _____ Case Number_____ ___ ___

County Attala/Winston _____        Same Defendant _____ New Defendant _____

RECEIVED Magistrate Judge Case Number _____

OCT 23 2014        Search Warrant Case Number _____

                   R20/R40 from District of _____

                   Related Criminal Case Number _____

**Defendant Information**

Juvenile:     ☐ Yes          ☐ No          If yes, Matter to be sealed:     ☐ Yes          ☐ No

Defendant Name Clarence Melton _____

Alias Name "Pookie" _____

Address West Point, MS 39773 _____

DOB 1978 _____ SS# xxx-xx-6710 Sex M _____ Race B _____ Nationality _____

Represented by: _____

**U.S. Attorney Information**: AUSA Chad M. Doleac _____ Bar # 100590 _____

Interpreter: ☐ Yes     ☐ No          List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 1 _____          ☐ Petty          ☐ Misdemeanor          ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 21:846=CD.F | Conspiracy to Dist. Controlled Substance | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

Date: _____ Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)          1:14CR125